# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE DILLON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13593** |
| **GERRY GOODWIN, WARDEN** | **SECTION "D" (2)** |

## ORDER

The Court, having considered the Petition,[1] the Government's Response to the Petition,[2] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[3] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Willie Dillon's Petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, December 10, 2020.

*[signature]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 16.
[3] R. Doc. 19.